**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCO GUTIERREZ, | ) NO. SACV 12-2057-RGK (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARDEN, MR. CASH, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive And Denying A Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: November 30, 2012

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE